UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEON ODENDAAL, ) | Case No. 1:12 CV 2190 |
| ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| MEDICAL SAFETY SOLUTIONS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

Counsel for Plaintiff has notified the Court that above captioned case has been dismissed without prejudice.

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

                                              _/s/Donald C. Nugent___
                                              DONALD C. NUGENT
                                              United States District Judge

DATE: __February 5, 2013_____